IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KOREE SIMELTON,
Plaintiff,

v.

ALEXANDER HOUSING AUTHORITY,
JAMES WILSON,
THOMAS UPCHURCH,
JOANNE PINK,
MARTHA FRANKLIN,
HOUSING AND URBAN DEVELOPMENT,
and
BEN CARSON,
Defendants.

Case No. 19–CV–00880–JPG–RJD

## **JUDGMENT**

This matter having come before the Court, and the Court having stricken the Complaint pursuant to Rule 11 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against all defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated: September 19, 2019          MARGARET M. ROBERTIE, Clerk of Court
                                   /s/Tina Gray, Deputy Clerk


Approved by: s/J. Phil Gilbert
             United States District Judge